# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHITNEY BANK

VERSUS

HENRY RAYFORD

NO. 2021 CW 1382

**DECEMBER 30, 2021**

---

In Re:  Henry Rayford, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 108044.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8) and (9). Relator, Henry Rayford, failed to include a copy of the pleadings upon which the ruling was founded and a copy of the opposition and attachments or statement advising no opposition was filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 31, 2022, and must contain a copy of this ruling.

                    **VGW**
                    **AHP**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT